STATE of Missouri, Respondent,

v.

Brendon W. MAX, Appellant.

No. ED 103428

Missouri Court of Appeals,
Eastern District,
DIVISION THREE.

FILED: January 31, 2017

Emmett D. Queener, Columbia, MO, Attorneys for Appellant.

Chris A. Koster, Attorney General, Karen L. Kramer, Asst. Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Angela T. Quigless, P.J. and Robert G. Dowd, Jr. and Lisa Van Amburg, JJ.

### ORDER

PER CURIAM.

Brendan W. Max appeals from the judgment entered on his convictions after a jury trial for two counts of child molestation in the first degree. Finding no plain error with respect to the challenged trial testimony from three witnesses and no abuse of discretion in the exclusion of an additional statement, we affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only,

setting forth the reasons for this order pursuant to Rule 30.25(b).